O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GARBER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GILDARDO VIZCARRA, an individual; ROBERT JARAMILLO, an individual; CITY OF LOS ANGELES GENERAL SERVICES DEPARTMENT, CITY OF LOS ANGELES,<br><br>　　　　　Defendants.<br>_____ | Case No. CV 09-05657 DDP (RNBx)<br><br>**ORDER GRANTING MOTION FOR CONTINUANCE OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>[Motion filed on 08/12/2011] |

　　Presently before the court is Plaintiff's Motion for Continuance to Allow Discovery to Oppose Defendants' Motion for Summary Judgment.

　　Plaintiff moves the court to continue Defendants' Motion for Summary Judgment (Dkt. No. 78), and the court grants Plaintiff's request. Accordingly, argument on Defendants' Motion for Summary Judgment (Dkt. No. 78) is hereby continued to September 26, 2011, at 11:00am. Plaintiff shall file any opposition on or before September 12, 2011, and Defendants shall file their reply by September 19, 2011.

     Any discovery disputes have to be brought before the Magistrate Judge pursuant to the court's standing order.

IT IS SO ORDERED.


Dated: August 12, 2011

                                      DEAN D. PREGERSON
                                      United States District Judge

2