JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GARBER, | **CASE NO. CV09-05657 DDP (RNB)** |
| Plaintiff, | *[Hon. Dean D. Pregerson, presiding]* |
| vs. | |
| GILARDO VIZCARRA, et al., | **JUDGMENT** |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD THEREIN:**

The Court having considered the Motion for Summary Judgment of Defendants City of Los Angeles, City of Los Angeles erroneously sued as City of Los Angeles Department of General Services, Gilardo Vizcarra and Robert Jaramillo, the

1

**JUDGMENT**

Opposing papers of Plaintiff ROBERT GARBER in *pro se* and the Reply papers of Defendants hereby orders as follows:

**IT IS ORDERED, ADJUDGED AND DECREED:**

1. That judgment be, and hereby is, entered in favor of the Defendants and against the Plaintiff;

2. That the Plaintiff shall take nothing;

3. Both sides shall bear their own costs.

DATED: September 29, 2011

**HONORABLE DEAN D. PREGERSON**
**UNITED STATES DISTRICT JUDGE**

**JUDGMENT**